JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLMENARES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAEDAE, INC.,<br><br>　　　　　　Defendant. | Case No. CV 21-5221-DMG (KSx)<br><br>**JUDGMENT** |

　　　This Court having granted Defendant Paedae, Inc.'s Motion to Dismiss with prejudice by Order dated February 7, 2022,

　　　IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff James Colmenares.

DATED: February 7, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-